UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06CR00302 ERW |
| ) | |
| JIMMY JOE ABNEY, II, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter is before the Court on defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 [doc. #30].

The policy of this Court is to file and docket a § 2255 motion as a separate civil case and address the request for § 2255 relief in that new civil case rather than in the closed criminal file.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall remove from this case file defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 [doc. #30] and open a new civil case containing the instant § 2255 motion.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall retain a copy of the instant § 2255 motion [doc. #30] in the instant criminal file.

So Ordered this 27th Day of June, 2007.

*[signature]*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE